UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

PAYSYS INTERNATIONAL, INC,                    :

             Plaintiff,               :   ECF Case

   -against-                                  :   INDEX NO.  14-cv-10105 (SAS)

ATOS SE, and WORLDLINE SA,             :   **NOTICE OF APPEARANCE**

           Defendants.                :

-------------------------------------- X

     **PLEASE TAKE NOTICE** that Francis W. Ryan, a partner of the law firm DLA Piper

LLP (US), who is admitted to practice in the Court, hereby appears as counsel for the Defendants

Atos SE and Worldline SA., and demands that all papers in the action be served upon the

undersigned at the address stated below.


Dated:  New York, New York
       March 3, 2015

                      DLA PIPER LLP (US)


                      By:  /s/ Francis W. Ryan_____


                        1251 Avenue of the Americas
                        New York, New York 10020-1104
                        Telephone (212) 335-4500
                        Facsimile (212) 335-4501

                        *Attorneys for Defendants Atos SE and*
                        *Worldline SA.*