

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Leon Medzhibovsky
leon.m@dlapiper.com
T  212.335.4630
F  917.778.8630

March 16, 2020
*VIA ECF*

The Honorable Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

**Re:**   *PaySys International, Inc. v. Atos SE, et al*, **Case No. 2:14-cv-10105-DLC**

Dear Judge Cote:

We represent the Defendants in the above-referenced action. Pursuant to Section 1.E. of Your Honor's Individual Practices in Civil Cases, we write with Plaintiff's consent to request a fourteen (14) day extension of the March 17, 2020 deadline on Defendants' requirement to submit a supplemental fee declaration to this Court on the Supplemental Award of fees and costs relating to PaySys's appeal. (ECF Nos. 439, 462-464.) On March 3, 2020, the Second Circuit issued a mandate dismissing PaySys's appeals, setting March 17, 2020 as the deadline for Defendants to submit a supplemental fee declaration. (ECF Nos. 462, 465.) This is Defendants' first request to extend this deadline.

The Parties agree that a two-week extension is necessary to help facilitate a final resolution of this matter between the Parties without further assistance from this Court. Accordingly, Defendants respectfully request, with Plaintiff's consent, a brief fourteen (14) day extension of the deadline on Defendants' supplemental fee declaration. We thank the Court for its consideration of this matter.

Respectfully submitted,

**DLA Piper LLP (US)**

*/s/ Leon Medzhibovsky*

Leon Medzhibovsky

cc:   Counsel of Record via ECF

```
Granted. 3/17/2020.

                            _____
                             DENISE COTE
                        United States District Judge
```